| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **KATHY A. DOCKERY**<br>**CHAPTER 13 TRUSTEE**<br>**801 S. FIGUEROA ST., SUITE 1850**<br>**LOS ANGELES, CA 90017**<br>**PHONE: (213) 996-4400**<br>**FAX: (213) 996-4426**<br><br>Chapter 13 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**PRINCE NAMOR BRYANT**<br><br><br><br>Debtor(s). | CASE NO.: LA22-13370-NB<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

- ☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
- ☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
- ☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
- ☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
- ☐ **OTHER:** _____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on __12/2/22__ as docket entry number __34__, recommends:

☐ APPROVAL

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1          F 3015-1.13.TRUSTEE.COMMENT.GENRL

☒ APPROVAL on the following conditions:

☒ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.
☐ Set for hearing.

Date: 12/22/2022

_____
Chapter 13 trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 2        F 3015-1.13.TRUSTEE.COMMENT.GENRL

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

Modify Plan or Suspend Plan Payments (Ch 13) (motion)

Court Document Number: **34**
Filed Date: **12/2/22**

**Prince Namor Bryant**    LA22-13370-NB

**ATTORNEY: PRICE LAW GROUP, APC**

## Attorney Fees

1. The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.

## Suspension and Modification of Plan Payments

2. The Trustee recommends SUSPENSION of the December, 2022 THROUGH February, 2023 plan payments to cure the prospective delinquency while Debtor is looking for employment.

## Percentage to Unsecured Creditors

3. The modified plan will only generate sufficient funds to pay class five creditors a lesser percentage of their claims than the percentage set forth in the order confirming the plan or the most recent plan modification order. The Trustee recommends that the minimum percentage to be paid to class five creditors be DECREASED from 50.00% to 34.00%, or to whatever higher percentage results from funds generated by this modification. The percentage paid to class five creditors will not exceed 100%.

## Miscellaneous

4. The Debtor(s) shall file a Declaration of Post-Petition Income and Expenses and provide notice and supporting proof of income to the Trustee upon the Debtor retaining employment

# RECOMMENDED MODIFIED PAYMENT SCHEDULE

| PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 7/17/22 | $1,725.00 | 21 | 3/17/24 | $1,910.00 | 41 | 11/17/25 | $1,910.00 |
| 2 | 8/17/22 | $1,910.00 | 22 | 4/17/24 | $1,910.00 | 42 | 12/17/25 | $1,910.00 |
| 3 | 9/17/22 | $1,910.00 | 23 | 5/17/24 | $1,910.00 | 43 | 1/17/26 | $1,910.00 |
| 4 | 10/17/22 | $1,910.00 | 24 | 6/17/24 | $1,910.00 | 44 | 2/17/26 | $1,910.00 |
| 5 | 11/17/22 | $1,910.00 | 25 | 7/17/24 | $1,910.00 | 45 | 3/17/26 | $1,910.00 |
| 6 | 12/17/22 | $0.00 | 26 | 8/17/24 | $1,910.00 | 46 | 4/17/26 | $1,910.00 |
| 7 | 1/17/23 | $0.00 | 27 | 9/17/24 | $1,910.00 | 47 | 5/17/26 | $1,910.00 |
| 8 | 2/17/23 | $0.00 | 28 | 10/17/24 | $1,910.00 | 48 | 6/17/26 | $1,910.00 |
| 9 | 3/17/23 | $1,910.00 | 29 | 11/17/24 | $1,910.00 | 49 | 7/17/26 | $1,910.00 |
| 10 | 4/17/23 | $1,910.00 | 30 | 12/17/24 | $1,910.00 | 50 | 8/17/26 | $1,910.00 |
| 11 | 5/17/23 | $1,910.00 | 31 | 1/17/25 | $1,910.00 | 51 | 9/17/26 | $1,910.00 |
| 12 | 6/17/23 | $1,910.00 | 32 | 2/17/25 | $1,910.00 | 52 | 10/17/26 | $1,910.00 |
| 13 | 7/17/23 | $1,910.00 | 33 | 3/17/25 | $1,910.00 | 53 | 11/17/26 | $1,910.00 |
| 14 | 8/17/23 | $1,910.00 | 34 | 4/17/25 | $1,910.00 | 54 | 12/17/26 | $1,910.00 |
| 15 | 9/17/23 | $1,910.00 | 35 | 5/17/25 | $1,910.00 | 55 | 1/17/27 | $1,910.00 |
| 16 | 10/17/23 | $1,910.00 | 36 | 6/17/25 | $1,910.00 | 56 | 2/17/27 | $1,910.00 |
| 17 | 11/17/23 | $1,910.00 | 37 | 7/17/25 | $1,910.00 | 57 | 3/17/27 | $1,910.00 |
| 18 | 12/17/23 | $1,910.00 | 38 | 8/17/25 | $1,910.00 | 58 | 4/17/27 | $1,910.00 |
| 19 | 1/17/24 | $1,910.00 | 39 | 9/17/25 | $1,910.00 | 59 | 5/17/27 | $1,910.00 |
| 20 | 2/17/24 | $1,910.00 | 40 | 10/17/25 | $1,910.00 | 60 | 6/17/27 | $1,910.00 |