| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>801 S. FIGUEROA ST., SUITE 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426<br><br>Chapter 13 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>PRINCE NAMOR BRYANT<br><br><br><br>Debtor(s). | CASE NO.: LA22-13370-NB<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐ OTHER: _____
_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on ____3/9/23____ as docket entry number ____43____, recommends:

☐ APPROVAL

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                Page 1        F 3015-1.13.TRUSTEE.COMMENT.GENRL

☑ APPROVAL on the following conditions:

☑ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.
☐ Set for hearing.

Date: 3/31/2023

_____
Chapter 13 trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3015-1.13.TRUSTEE.COMMENT.GENRL

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

Modify Plan or Suspend Plan Payments (Ch 13) (motion)

Court Document Number: **43**
Filed Date: **3/9/23**

**Prince Namor Bryant**     LA22-13370-NB

**ATTORNEY: PRICE LAW GROUP, APC**

## Attorney Fees

1. The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.

## Suspension and Modification of Plan Payments

2. The Trustee recommends SUSPENSION of the March, 2023 THROUGH May, 2023 plan payments to cure the prospective delinquency caused by Debtor's unemployment.

## Percentage to Unsecured Creditors

3. The modified plan will only generate sufficient funds to pay class five creditors a lesser percentage of their claims than the percentage set forth in the order confirming the plan or the most recent plan modification order. The Trustee recommends that the minimum percentage to be paid to class five creditors be DECREASED from 34.00% to 29.00%, or to whatever higher percentage results from funds generated by this modification. The percentage paid to class five creditors will not exceed 100%.

## Miscellaneous

4. The Debtor(s) shall file a Declaration of Post-Petition Income and Expenses and provide notice and supporting proof of income to the Trustee upon the Debtor retaining employment.

5. The Debtor(s) are requested to provide a full and complete copy of their 2022 federal income tax returns to the Chapter 13 Trustee for review. 11 U.S.C. § 1325(a)

# RECOMMENDED MODIFIED PAYMENT SCHEDULE

| PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 7/17/22 | $1,725.00 | 21 | 3/17/24 | $1,910.00 | 41 | 11/17/25 | $1,910.00 |
| 2 | 8/17/22 | $1,910.00 | 22 | 4/17/24 | $1,910.00 | 42 | 12/17/25 | $1,910.00 |
| 3 | 9/17/22 | $1,910.00 | 23 | 5/17/24 | $1,910.00 | 43 | 1/17/26 | $1,910.00 |
| 4 | 10/17/22 | $1,910.00 | 24 | 6/17/24 | $1,910.00 | 44 | 2/17/26 | $1,910.00 |
| 5 | 11/17/22 | $1,910.00 | 25 | 7/17/24 | $1,910.00 | 45 | 3/17/26 | $1,910.00 |
| 6 | 12/17/22 | $0.00 | 26 | 8/17/24 | $1,910.00 | 46 | 4/17/26 | $1,910.00 |
| 7 | 1/17/23 | $0.00 | 27 | 9/17/24 | $1,910.00 | 47 | 5/17/26 | $1,910.00 |
| 8 | 2/17/23 | $0.00 | 28 | 10/17/24 | $1,910.00 | 48 | 6/17/26 | $1,910.00 |
| 9 | 3/17/23 | $0.00 | 29 | 11/17/24 | $1,910.00 | 49 | 7/17/26 | $1,910.00 |
| 10 | 4/17/23 | $0.00 | 30 | 12/17/24 | $1,910.00 | 50 | 8/17/26 | $1,910.00 |
| 11 | 5/17/23 | $0.00 | 31 | 1/17/25 | $1,910.00 | 51 | 9/17/26 | $1,910.00 |
| 12 | 6/17/23 | $1,910.00 | 32 | 2/17/25 | $1,910.00 | 52 | 10/17/26 | $1,910.00 |
| 13 | 7/17/23 | $1,910.00 | 33 | 3/17/25 | $1,910.00 | 53 | 11/17/26 | $1,910.00 |
| 14 | 8/17/23 | $1,910.00 | 34 | 4/17/25 | $1,910.00 | 54 | 12/17/26 | $1,910.00 |
| 15 | 9/17/23 | $1,910.00 | 35 | 5/17/25 | $1,910.00 | 55 | 1/17/27 | $1,910.00 |
| 16 | 10/17/23 | $1,910.00 | 36 | 6/17/25 | $1,910.00 | 56 | 2/17/27 | $1,910.00 |
| 17 | 11/17/23 | $1,910.00 | 37 | 7/17/25 | $1,910.00 | 57 | 3/17/27 | $1,910.00 |
| 18 | 12/17/23 | $1,910.00 | 38 | 8/17/25 | $1,910.00 | 58 | 4/17/27 | $1,910.00 |
| 19 | 1/17/24 | $1,910.00 | 39 | 9/17/25 | $1,910.00 | 59 | 5/17/27 | $1,910.00 |
| 20 | 2/17/24 | $1,910.00 | 40 | 10/17/25 | $1,910.00 | 60 | 6/17/27 | $1,910.00 |